IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Walser Specialized Services, LLC,
d/b/a FleetSources,

Court File No. 04-04759 RHK/AJB

      Plaintiff,

vs. **ORDER**

Automotive Finance Corporation and
Capital Factors, Inc., d/b/a
Capital Auto Rental Services,

      Defendants.

---

  This matter is before the Court on the stipulation Plaintiff and Defendant Automotive Finance Corporation.

  Based upon that Stipulation, IT IS ORDERED that the Court hereby extends its jurisdiction for an additional thirty (30) days from July 5, 2005, to permit any party to move to reopen the action, for cause shown or file a stipulated form of final judgment, or to seek to enforce the settlement terms. It is hereby further ordered that the Motion to Reopen filed by Defendant Automotive Finance Corporation on May 5, 2005 is deemed withdrawn, without prejudice.

           BY THE COURT:

Dated: __7/7__, 2005      s/Richard H. Kyle
               Judge Richard H. Kyle