UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Walser Specialized Services, LLC,
d/b/a FleetSources,　　　　　　　　　　　　　　　　　Civil No. 04-4759 (RHK/AJB)

　　　　　　　　　Plaintiff,
vs.　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Automotive Finance Corporation and
Capital Factors, Inc., d/b/a
Capital Auto Rental Services,

　　　　　　　　　Defendants.

---

　　　　This matter is before the Court on the Stipulation Plaintiff and Defendant Automotive Finance Corporation.

　　　　Based upon that Stipulation, **IT IS ORDERED** that the Court hereby extends its jurisdiction for an additional thirty (30) days from August 4, 2005, to permit any party to move to reopen the action, for cause shown or file a stipulated form of final judgment, or to seek to enforce the settlement terms.

Dated:  August 11, 2005

　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge